```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                    :

ANGELA WAHAB, *on behalf of herself and all others similarly situated*,

                            Plaintiff,

            -against-

PAUL FREDERICK MENSTYLE, LLC,

                           Defendant.
------------------------------------------------------------------------ X

1:24-cv-4694-GHW

ORDER

GREGORY H. WOODS, District Judge:

On August 19, 2024 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than September 3, 2024. Dkt. No. 8. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's August 19, 2024 order forthwith, and in no event later than September 26, 2024.

        SO ORDERED.

Dated: September 5, 2024
New York, New York

                                                          GREGORY H. WOODS
                                                  United States District Judge